CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 20 2013

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JONATHAN T. DAMRON, )<br>    Plaintiff, ) | Civil Action No. 7:13-cv-00542 |
| ) | |
| v. ) | **DISMISSAL ORDER** |
| ) | |
| MR. DYE, et al., ) | By:   Michael F. Urbanski |
|     Defendant(s). ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court. More than 30 days have passed and the Order sent November 15, 2013 has not been returned as undeliverable.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 20th day of December, 2013.

/s/ Michael F. Urbanski
───────────────────────────────
United States District Judge